IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH CALDERON,

    Petitioner,               No. CIV S-06-1769 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Respondents.         <u>ORDER</u>

                           /

Petitioner has requested a sixty day extension of time to file a petition for writ of habeas corpus pursuant to the court's order of March 28, 2007. The court will grant petitioner a thirty day extension of time. Any further requests for extension of time must be supported by good cause. Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner's April 18, 2007 motion for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file a petition for writ of habeas corpus.

DATED: 4/27/07

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:mp
cald1769.111